UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:                                             Case No.: 18-17657-AJC
                                                   Chapter          7
Jose Somaza

Debtor.
_____/

**AGREED MOTION FOR CONTINUANCE
OF HEARING FOR MOTION FOR RELIEF FROM AUTOMATIC STAY FOR
CREDITOR COSTA VERDE HOMEOWNER'S ASSOCIATION, INC.**

Costa Verde Homeowner's Association, Inc. ("Creditor") and Ross R Hartog, Chapter 7 trustee of the bankruptcy estate of Jose Somaza (the "Trustee"), through counsel files this Agreed Motion for Continuance of Hearing for Motion for Relief From Stay for Creditor Costa Verde Homeowner's Association, Inc., and in support thereof, states as follows:

1. The Debtor filed a voluntary petition under Chapter 7 of the U.S. Bankruptcy Code on June 26, 2018.

2. On April 18, 2019, the Creditor filed a Motion for Relief from Automatic Stay for the Association property located at 3069 NW 99th PL, Doral, FL 33172. (DE #54)

3. The Trustee filed a response to the Motion for Relief from Stay for Creditor Costa Verde Homeowner's Association, Inc. on May 2, 2019. (DE #57)

4. A hearing is set for May 22, 2019 at 10:30 a.m. on the Trustee's Response to Motion for Relief from Stay. (DE #58)

5. The Trustee is in the process of negotiating a short sale of the subject property and has acquired a buyer.

6. The Trustee believes that if the short sale is successful then the Creditor's claim and post-petition assessments should be paid in full. The Creditor and the Trustee agree to continue the hearing for 30 days to allow the Trustee to finalize and close on the short sale.

WHEREFORE, the Creditor and the Trustee respectfully requests that this Court grant this Agreed Motion for Continuance, and the hearing set for May 22, 2019, be continued for 30 days.

Respectfully submitted,

By: /s/ Russell M. Robbins, Esq.
Russell M. Robbins, Esq.
Fla. Bar No.:  484954
Basulto, Robbins & Associates, LLP
14160 NW 77th Court, Suite 22
Miami Lakes, Florida 33016
Tel: 305-722-8900
Fax: 305-722-8901
RRobbins@brlawyers.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above was filed and provided by US 1st Class mail to Jose Somaza, 4686 NW 107 Ave., #1310, Doral, FL 33178 and transmitted via ECF to Robert Sanchez, Esq., Ross R. Hartog, Trustee, John H. Lee, Attorney for Trustee, and Office of the US Trustee, on this 21st day of May, 2019.

/s/ Russell M. Robbins, Esq.
Russell M. Robbins, Esq.